

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00403-CV

**IN RE MATTER OF WORKING TEXANS FOR PAID SICK TIME**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Relator filed a petition for writ of mandamus asking this court to order the San Antonio City Clerk ("the city clerk") to certify its ballot initiative petition for the purpose of placing paid sick time leave on the November 6, 2018 ballot. Relator also filed a motion for emergency relief. The Office of the City Attorney filed a response on behalf of the city clerk.

After considering the petition and response, this court concludes relator is not entitled to the relief sought. Even assuming the city clerk failed to fulfill her ministerial duty, relator has not shown that it does not have an adequate remedy at law. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on June 15, 2018.

_____
Irene Rios, Justice

---

[1] This court has jurisdiction pursuant to Texas Election Code section 273.061, which authorizes this court to "issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." Tex. Elec. Code Ann. § 273.061 (West 2010).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court